Slip Op. 07 - 45

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AVECIA INC., | : |
| Plaintiff, | : |
| v. | : Before: **MUSGRAVE, Judge** |
| UNITED STATES OF AMERICA, | : Court No. 07-00108 |
| Defendant. | : |

**JUDGMENT**

The parties having stipulated to make Entry No. 916-1076920-9 (Port of Newark), Entry No 916-1076548-8 (Port of Newark), and Entry No. 916-1076747-6 (Port of Baltimore) the *res* of this action as of this date and to have this action bound by the decision in Slip Op. 06-184 and Judgment of December 19, 2006, entered in Court No. 05-00183 and as amended this date, and the court, after due deliberation, pursuant to such representations and having reached a decision herein; now, therefore, in conformity with said decision, it is

**ORDERED, ADJUDGED and DECREED** that judgment be, and it hereby is, entered in accordance for the plaintiff Avecia Inc., whose current successor is Fujifilm Imaging Colorants; and it is further

**ORDERED** that the entries of ink-jet inks that are the subject of this action and not settled or severed prior to this disposition shall be classified under heading 3215, Harmonized Tariff Schedule of the United States (2003), specifically under subheading 3215.11.00.60 (black) or 3215.19.00.60 (other), as appropriate, and it is further

Court No. 07-00108                                                                                                           Page 2

**ORDERED** that the defendant's U.S. Customs and Border Protection reliquidate the subject entries in accordance with the foregoing and refund to the plaintiff any excess duties paid, together with interest as provided by law.

                                                               /s/  R. Kenton Musgrave
                                                               R. KENTON MUSGRAVE, JUDGE

Dated: March 26, 2007
       New York, New York

## NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

      or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

      Tina Potuto Kimble
      Clerk of the Court

Date: _____  By: _____
                                                                                                 Deputy Clerk